FILED
2008 JUN -4 PM 4:11
CLERK US DIST. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO JIMENEZ,<br>Defendant. | Criminal Case No. '08 CR 1810 JM<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |

The grand jury charges:

Count 1

On or about May 20, 2008, within the Southern District of California, defendant FRANCISCO JIMENEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Magana-Mendoza, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

//

//

LC:fer:San Diego
6/2/08

Count 2

On or about May 20, 2008, within the Southern District of California, defendant FRANCISCO JIMENEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosa Erika Valencia-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 3

On or about May 20, 2008, within the Southern District of California, defendant FRANCISCO JIMENEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marisol Nava-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: June 4, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
W. MARK CONOVER
Assistant U.S. Attorney